DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEX WITHERBEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0765

_____

July 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court
for Pasco County; Gregory G. Groger, Judge.

PER CURIAM.

　　　Affirmed.

LUCAS, C.J., and LaROSE and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.